**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6642

DIVINE SCIENTIFIC ALLAH,

Plaintiff - Appellant,

versus

B. HARDY, L.P.N. Nurse; J. RHODES, Sergeant,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-97-477-AM)

Submitted: January 21, 1999    Decided: February 5, 1999

Before LUTTIG, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Divine Scientific Allah, Appellant Pro Se. Carlyle Randolph Wimbish, III, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Divine Scientific Allah appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Allah v. Hardy</u>, No. CA-97-477-AM (E.D. Va. Apr. 9, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The order from which Allah appeals was filed on April 8, 1998, and entered on the district court's docket on April 9, 1998, in accordance with Fed. R. Civ. P. 58 and 79(a). See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).